UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MILAGROS SENIOR, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

BETHUNE-COOKMAN UNIVERSITY INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-8533

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), MILAGROS SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, BETHUNE-COOKMAN UNIVERSITY INC., with prejudice and without fees and costs.

Dated: New York, New York
       December 19, 2022

                                          **GOTTLIEB & ASSOCIATES**

                                          */s/Michael A. LaBollita, Esq.*

                                      Michael A. LaBollita, Esq., (ML-9985)
                                              150 East 18th Street, Suite PHR
                                                      New York, NY 10003
                                                           Phone: (212) 228-9795
                                                              Fax: (212) 982-6284
                                                            Michael@Gottlieb.legal

                                                           *Attorneys for Plaintiffs*

SO ORDERED:

_/s/ Paul G. Gardephe_____
United States District Court Judge

Dated: December 20, 2022